# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVIS BRUNEAU, | Civil No. C08-0224-RSM |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

It is hereby ORDERED that the Commissioner's final decision should be reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will further evaluate all medical opinions of record and reconsider the opinion of Dr. Carsrud. The ALJ will also evaluate all lay witness statements of record and either credit the same, or provide reasons germane to the witness for discounting them. The ALJ will make a new determination as to Plaintiff's disability taking all evidence into account, and issue a new decision.

Page 1        ORDER - [2:08-CV-224-RSM-MAT]

DATED this 23 day of September 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 22nd day of September, 2008.

s/ Mary Alice Theiler
United States Magistrate Judge


Presented by:

s/ DAVID J. BURDETT
Special Assistant U.S. Attorney
WSB # 29081
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2522
Fax: (206)615-2531
david.burdett@ssa.gov